___



**SO ORDERED,**

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
___

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI (ABERDEEN)

| | |
|---|---|
| **IN RE: DAVID L. CARTER** | **CASE NO.: 14-14131-JDW** |
| **BRENDA CARTER** | **CHAPTER 13** |
| **AKA BRUNELLA CARTER** | |

### AGREED ORDER WITHDRAWING MOTION TO MODIFY
### CHAPTER 13 PLAN AFTER CONFIRMATION

**This Matter** having been set for hearing on August 13, 2019 at 1:30 p.m. on the Motion to Modify Chapter 13 Plan (Dk#69) filed by Debtor and the Responses to Motion (Dk#73) filed by Bank of America, N.A. and (Dk#70) filed by the Trustee, and the Court being advised that parties are in agreement that the Debtor's Motion is premature and should be withdrawn.

**Therefore**, the Motion to Modify Chapter 13 Plan (Dk#69) filed by Debtor is hereby withdrawn and Bank of America, N.A.'s response (Dk#73) and the Trustee's response (Dk#70) are now moot.

##END OF ORDER##

APPROVED:

/s/ Karen B. Schneller
Karen B. Schneller
Attorney for Debtor

/s/ Kimberly D. Mackey
Kimberly D. Mackey
Attorney for Movant

/s/ W. Jeffrey Collier
Locke D. Barkley, Trustee
Or Attorney for Trustee